# PENNEY, MAIER & WALLACH

Attorneys and Counselors at Law

169 DELAWARE AVENUE

BUFFALO, NEW YORK 14202-2403

(716) 852-1835

FAX (716) 852-1857

MARK S. WALLACH

CHARLES P. PENNEY
1894 - 1967
THOMAS PENNEY
1896 - 1974
ROBERT E. MAIER
1921 - 2007

Receipt #: 11089563
$4.53
3/23/10 MD
CLR # 110

March 22, 2010

TO: Creditors of Frank A. Meranto, Jr. and Lynn M. Meranto, Debtors
Case No. 07-04580B
United States Bankruptcy Court
Western District of New York

Dear Sir or Madam:

I am the Trustee in the above-named Chapter 7 case.

Enclosed herewith please find your dividend check. This is the only dividend you should expect to receive in this case.

Very truly yours,

BY: Mark S. Wallach, Trustee

MSW:sn

Enclosure



FILED
MAR 23 2010
BANKRUPTCY COURT
BUFFALO, NY

# Claims Proposed Distribution

## Case: 07-04580　MERANTO, FRANK A., JR.

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $4,053.40　　**Total Proposed Payment:** $4,053.40　　**Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | MARK S. WALLACH <2200-00  Trustee Expenses> | Admin Ch. 7 | 3.84 | 3.84 | 0.00 | 3.84 | 3.84 | 4,049.56 |
|  | MARK S. WALLACH <2100-00  Trustee Compensation> | Admin Ch. 7 | 1,800.06 | 1,800.06 | 0.00 | 1,800.06 | 1,800.06 | 2,249.50 |
|  | PENNEY, MAIER & WALLACH <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 19.43 | 19.43 | 0.00 | 19.43 | 19.43 | 2,230.07 |
|  | PENNEY, MAIER & WALLACH <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,351.50 | 1,351.50 | 0.00 | 1,351.50 | 1,351.50 | 878.57 |
| 1 | Asset Acceptance | Unsecured | 1,308.10 | 1,308.10 | 0.00 | 1,308.10 | 36.84 | 841.73 |
| 2 | Carmel Financial Cor | Unsecured | 2,344.73 | 2,344.73 | 0.00 | 2,344.73 | 66.04 | 775.69 |
| 3 | Bflo. Med Grp | Unsecured | 160.90 | 160.90 | 0.00 | 160.90 | 4.53 | 771.16 |
| 4 | Worldwide Asset Purchasing, LLC | Unsecured | 1,342.04 | 1,342.04 | 0.00 | 1,342.04 | 37.80 | 733.36 |
| 5 | Sallie Mae | Unsecured | 25,624.44 | 25,624.44 | 0.00 | 25,624.44 | 721.74 | 11.62 |
| 6 | Calvary Portfolio/collection | Unsecured | 412.47 | 412.47 | 0.00 | 412.47 | 11.62 | 0.00 |
|  | **Total for Case 07-04580 :** |  | **$34,367.51** | **$34,367.51** | **$0.00** | **$34,367.51** | **$4,053.40** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $3,174.83 | $3,174.83 | $0.00 | $3,174.83 | 100.000000% |
| Total Unsecured Claims : | $31,192.68 | $31,192.68 | $0.00 | $878.57 | 2.816590% |



FILED  MAR 23 2010  BANKRUPTCY COURT  BUFFALO, NY